No. 80–1567.   MADHANI v. MT. VERNON AVIATION.   Ct. App. Mich.   Certiorari denied.

No. 80–1568.   PADUCAH ASSOCIATES, LTD. v. INDIANA INSURANCE CO. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 80–1570.   SMITH v. COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 80–1571.   EASTERN ASSOCIATED COAL CORP. v. AETNA CASUALTY & SURETY CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–1572.   JACKSON v. MISSISSIPPI.   Sup. Ct. Miss.   Certiorari denied.

No. 80–1574.   ROGERS ET UX. v. SARRETT BUILDERS & REALTY, INC.   Sup. Ct. Miss.   Certiorari denied.

No. 80–1578.   CARPENTER v. CONTINENTAL TRAILWAYS.   C. A. 6th Cir.   Certiorari denied.

No. 80–1580.   LINCOLN UNIVERSITY ET AL. v. TROTMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 80–1581.   MATTIS ET AL. v. WATT, SECRETARY OF THE INTERIOR, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 80–1584.   CRIST v. CRIST.   C. A. 5th Cir.   Certiorari denied.

No. 80–1587.   SAFEWAY STORES, INC. v. CRESPIN.   C. A. 10th Cir.   Certiorari denied.